UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

CHIMA AKAGBUE NWALA, Plaintiff,

v.

BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and MORGAN AUTO GROUP, LLC, d/b/a BMW OF TAMPA, a Florida Limited Liability Company,

Defendants.

Case No.: 8:26-cv-61-SDM-AEP _____ (To be assigned by Clerk)

JURY TRIAL DEMANDED

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1331** (Federal Question) as this action arises under the Magnuson-Moss Warranty Act, **15 U.S.C. § 2301 et seq.**

2. This Court has supplemental jurisdiction over state law claims pursuant to **28 U.S.C. § 1367**, specifically claims arising under the Florida Consumer Collection Practices Act (FCCPA).

3. The amount in controversy exceeds **$50,000.00**, exclusive of interest and costs, as the Plaintiff seeks revocation of acceptance (buyback) of the subject vehicle.

4. Venue is proper in this District pursuant to **28 U.S.C. § 1391(b)** because the events giving rise to the claim occurred in Hillsborough County, Florida, and the Plaintiff resides in Riverview, Florida.

II. PARTIES 5. Plaintiff, **CHIMA AKAGBUE NWALA** ("Plaintiff"), is a resident of Riverview, Florida, and the owner of the subject vehicle. 6. Defendant **BMW OF NORTH AMERICA, LLC** ("BMW NA") is the warrantor and manufacturer/distributor of the vehicle. 7. Defendant **MORGAN AUTO GROUP, LLC d/b/a BMW OF TAMPA** ("Dealer") is an authorized dealership and service agent located in Tampa, Florida.

III. FACTUAL ALLEGATIONS 8. Plaintiff is the owner of a **2019 BMW i8 Roadster** (VIN ending in **70411**) (the "Vehicle"). 9. On or about **December 10, 2025**, the Vehicle suffered a

catastrophic failure of the Electrical Machine Electronics (EME) module, resulting in an "Insufficient Grid Power" error and inability to charge or operate safely. 10. The failure mode of the Plaintiff's Vehicle is identical to the defect identified in **NHTSA Recall Campaign 19V-599**, which describes a manufacturing defect in the EME printed circuit board leading to loss of propulsion. 11. Despite the vehicle having only **51,632 miles**, Defendant BMW NA denied warranty coverage, claiming the standard warranty had expired, ignoring the **8-year/80,000-mile Federal Emissions Warranty** mandated by the Clean Air Act for major emission control units (ECU). 12. Defendant BMW of Tampa issued a demand for payment in the amount of **$6,214.40** for the repair of this known safety defect. 13. Following the diagnosis, agents of Defendant BMW of Tampa engaged in a campaign of harassment against the Plaintiff to collect this disputed debt. 14. As documented in audio recordings from **January 6, 2026**, the Plaintiff was forced to demand the cessation of this harassment, stating: "If you don't have good news, I respectfully request you stop harassing and increasing my blood pressure".

## IV. CAUSES OF ACTION

**COUNT I: VIOLATION OF MAGNUSON-MOSS WARRANTY ACT (15 U.S.C. § 2301 et seq.) Against Defendant BMW NA** 15. The Vehicle is a "consumer product" as defined by the Act. 16. Defendant failed to comply with its obligations under the **Federal Emissions Warranty (8 years/80,000 miles)** by refusing to cover the EME, which functions as the Electronic Control Unit (ECU) for the hybrid powertrain. 17. The defect renders the vehicle unmerchantable and unsafe for its intended use. 18. **Relief:** Plaintiff revokes acceptance of the Vehicle and demands a refund of the purchase price, incidental damages, and attorney's fees.

**COUNT II: VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) (Fla. Stat. § 559.72) Against Defendant BMW of Tampa** 19. Defendant is a "person" collecting a "consumer debt" under the FCCPA. 20. Defendant violated **Fla. Stat. § 559.72(7)** by willfully communicating with the Plaintiff with such frequency as can reasonably be expected to harass. 21. Defendant violated **Fla. Stat. § 559.72(9)** by attempting to enforce a debt ($6,214.40) when they knew the debt was not legitimate due to applicable warranty coverage and safety regulations. 22. **Relief:** Statutory damages of $1,000, actual damages for stress and health impact, and attorney's fees.

**COUNT III: NEGLIGENCE Against Defendant BMW NA** 23. Defendant had a duty under the **National Traffic and Motor Vehicle Safety Act** to remedy known safety defects. 24. Defendant breached this duty by arbitrarily limiting the scope of **Recall 19V-599** to exclude Plaintiff's vehicle, despite it exhibiting the exact same safety-critical failure mode. 25. This violation of the Safety Act serves as evidence of negligence per se.

**PRAYER FOR RELIEF** WHEREFORE, Plaintiff demands judgment against Defendants for: A. Revocation of acceptance and buyback of the 2019 BMW i8; B. Actual damages in the amount of the repair invoice ($6,214.40) if buyback is denied; C. Statutory damages of $1,000.00 pursuant to the FCCPA; D. Attorney's fees and costs; and E. Such other relief as the Court deems just.

Dated: January 6, 2026
Respectfully submitted
/s/ Chima Akagbuenwala, Pro Se, Plaintiff Riverview, FL (813) 525-7296

# Civil Cover Sheet (JS 44) Data



**I. (a) PLAINTIFFS** Chima Akagbue Nwala

**I. (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Hillsborough

**I. (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** Pro Se Chima Akagbue Nwala Riverview, FL (813) 525-7296

**DEFENDANTS**

1. BMW of North America, LLC

2. Morgan Auto Group, LLC d/b/a BMW of Tampa

**II. BASIS OF JURISDICTION** Check Box 3: Federal Question

**IV. NATURE OF SUIT** Check Box 190: Other Contract

**V. ORIGIN** Check Box 1: Original Proceeding

**VI. CAUSE OF ACTION Cite the U.S. Civil Statute:** 15 U.S.C. § 2301 **Brief Description of Cause:** Breach of warranty (Magnuson-Moss Act) and violation of FCCPA regarding vehicle safety defect.

**VII. REQUESTED IN COMPLAINT CHECK IF THIS IS A CLASS ACTION:** (Leave Blank) **DEMAND $:** In excess of $50,000 **JURY DEMAND:** Yes

**VIII. RELATED CASE(S) IF ANY** (Leave Blank)

**DATE AND SIGNATURE Date:** 01/06/2026 **Signature of Attorney of Record:** Chima Akagbue Nwala, Pro Se